May 13, 1963.

No. 606. New York Times Co. *v.* Sullivan. Certiorari, 371 U. S. 946, to the Supreme Court of Alabama. The motion of Tribune Company for leave to file a brief, as *amicus curiae,* is granted. *Howard Ellis* and *Don H. Reuben* on the motion.

No. 948. Williamson *v.* California. On petition for writ of certiorari to the District Court of Appeal of California, Second Appellate District. The motion of the American Civil Liberties Union of Southern California for leave to file a brief, as *amicus curiae,* is granted. *A. L. Wirin* and *Fred Okrand* on the motion.

No. 1153, Misc. Beard *v.* Dunbar, Corrections Director, et al. Motion for leave to file petition for writ of habeas corpus denied.

No. 1158, Misc. Page *v.* Green, Correctional Superintendent, et al. Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for writ of certiorari, certiorari is denied.

No. 1235, Misc. Keene *v.* Supreme Court of Alabama. Motion for leave to file petition for writ of mandamus denied.